## PETER HAND BREWING COMPANY *v.* STAMPER.

[No. 9,966. Filed November 20, 1919.]

APPEAL.—*Briefs.—Oral Argument.—Failure by Appellee.*—Failure by appellee to file any brief or to appear at oral argument may amount to a confession of error that will justify a reversal.

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Action by Peter Hand Brewing Company against Martin Stamper. From a judgment for the defendant, plaintiff appeals. *Reversed.*

*D. J. Moran,* for appellant.

NICHOLS, P. J.—Appellee has failed to file any brief, and has failed to appear at the oral argument. Such failure may amount to a confession of error that will justify a reversal. The following cases should be a warning to appellees not to neglect their cases: *Burroughs* v. *Burroughs* (1913), 180 Ind. 380, 103 N. E. 1; *Huddleston* v. *Huddleston* (1916), 184 Ind. 168, 110 N. E. 980; *Veit* v. *Windhorst* (1916), 184 Ind. 351, 110 N. E. 666; *Hogston* v. *Bell* (1916), 185 Ind. 536, 112 N. E. 883. This case involves the ruling of the court in sustaining appellee's demurrer to the complaint. In *City of Shelbyville* v. *Adams* (1916), 185 Ind. 326, 114 N. E. 1, a similar question was presented, but the appellee failed to file a brief. The judgment was reversed, with instruction to the court to set aside the ruling on appellee's demurrer, and for a resubmission of the same. In the instant case, however, we have examined the complaint, and we hold that it states a cause of action.

The judgment is reversed, with instructions to the

court to overrule the demurrer to the complaint, and for further proceedings.

Batman, C. J., and Dausman, J., concur in result.